■ In the Matter of the Application of ALBERT POSNER, for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Albert Posner, reinstated as an attorney and counselor-at-law, effective immediately. Kane, J. P., Casey, Weiss, Mikoll and Yesawich, Jr., JJ., concur.